# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JASON ALLEN OLRICH,

                Plaintiff,

v.

C.O. BOGDALA, JOSH KAUL, JARED
HOY, TONY EVERS, LYNN
ADELMAN, GERAD DOUGVILLO,
HEATHER IVERSON, DEPARTMENT
OF CORRECTIONS, STATE OF
WISCONSIN, KETTLE MORAINE
CORRECTIONAL INSTITUTION,
DAVID BETH, DAVID ZOERNER,
CITY OF KENOSHA, KENOSHA
COUNTY, KENOSHA COUNTY
SHERIFF'S DEPARTMENT, KENOSHA
COUNTY JAIL, KENOSHA COUNTY
DETENTION CENTER, KENOSHA
POLICE DEPARTMENT, KENOSHA
DETECTIVE BUREAU, DISTRICT
ATTORNEYS OF KENOSHA,
MICHAEL D. GRAVELY, ROBERT
ZAPF, JEFFREY CRALL, XAVIER
SOLIS, BRIAN HAYES, T. SWADLY,
C.O. MOORE, CAPTAIN PUTCHER,
DEPUTY LANCTOT, DEPUTY
BOOTH, DEPUTY TRITSCHLER,
DETECTIVE SCHREINER, DETECTIVE
SWANSON, DETECTIVE JOHNSON,
PREECE FRANK ALEX, ICE
MALCHOW, TEXT BEHIND, SGT.
KLAHAN, ANN HOFFMANN,
CANDICE ANDRYCHOWICZ,
WARDEN TASSLER, WARDEN
GEIRACH, and WARDEN NOBLE,

                Defendants.

Case No. 25-CV-1933-JPS

# ORDER

Plaintiff Jason Allen Orlich, a Wisconsin state prisoner who is representing himself pro se, filed this lawsuit under 42 U.S.C. §1983. ECF No. 1. The cost of filing a civil lawsuit in federal court is $405.00, which includes the $350.00 statutory filing fee and a $55.00 administrative fee. Along with his complaint, Plaintiff filed a motion to proceed without prepayment of the filing fee, ECF. No. 5, and an imminent danger motion for extraordinary writ, ECF No. 4.

The Prison Litigation Reform Act ("PLRA") applies to this case because Plaintiff was incarcerated when he filed this lawsuit. *See* 28 U.S.C. §1915(h). As part of the PLRA, if a prisoner files more than three actions or appeals which are dismissed as frivolous or malicious or for failure to state a claim upon which relief can be granted, the prisoner will be prohibited from bringing any other actions without prepayment of the filing fee unless the prisoner is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Commonly known as the "three-strikes" provision, a prisoner is said to have struck out once he or she has accrued three dismissals under this section.

Here, the Court finds that Plaintiff has already accrued at least three strikes and therefore will deny his motion to proceed without prepayment of the filing fee. The Court has reviewed Plaintiff's filing history and discovered that he has more than three strikes: (1) *Olrich v. City of Kenosha, et al.*, Case No. 18-CV-1981-PP, dismissed on July 30, 2019, for failure to state a claim; (2) *Olrich v. County of Kenosha, et al.*, Case No. 18-CV-1982-PP, dismissed on July 30, 2019, for failure to state a claim; (3) *Olrich v. Illichmann, et al.*, Case No. 18-CV-1518-PP, dismissed on January 20, 2021, for failure to state a claim; and (4) *Olrich v. County of Kenosha, et al.*, Case No. 18-CV-1980-

PP, dismissed on January 20, 2021, for failure to state a claim. Further, although Plaintiff uses the phrase "imminent danger" in his filings, the Court does not discern allegations of imminent danger. Plaintiff names as defendants police departments, judges, the Governor of Wisconsin, and numerous other individuals. Plaintiff alleges imminent danger from Captain Bogdala, who allegedly assaulted him years ago in 2023, and from various other individuals for withholding his mail and sending him to segregation. Plaintiff also alleges imminent danger from District Court Judge Lynn Adelman for the rulings in his prior cases. The Court does not find that these allegations meet the standard for imminent danger. Therefore, the Court will deny Plaintiff's motion for imminent danger writ and finds that Plaintiff is ineligible for the exception to the "three strikes" provision under 28 U.S.C. § 1915(g). The Court is therefore obliged to deny Plaintiff's motion to proceed without prepayment of the filing fee. Plaintiff must pay the $405.00 civil case filing fee in full on or before **January 12, 2026** to proceed with this lawsuit.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to proceed without prepayment of the filing fee, ECF No. 5, be and the same is hereby **DENIED**;

**IT IS FURTHER ORDERED** that Plaintiff's imminent danger motion for extraordinary writ, ECF No. 4, be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that Plaintiff must submit to the Clerk of Court the $405.00 civil case filing fee in full by **January 12, 2026**, if he wishes to proceed with this case. No further action will be taken in this case until payment is received. Failure to pay the fee will result in dismissal of this case without prejudice and without further notice.

Dated at Milwaukee, Wisconsin, the 22nd day of December, 2025.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge